**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-7394**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

VIRGIL LAMONTE JOHNSON, a/k/a Ghetto,

Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Columbia. Cameron McGowan Currie, Senior District Judge. (3:12-cr-00850-CMC-3; 3:16-cv-02226-CMC)

Submitted: February 28, 2017          Decided: March 3, 2017

Before KING and SHEDD, Circuit Judges, and DAVIS, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Virgil Lamonte Johnson, Appellant Pro Se. William Kenneth Witherspoon, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Virgil Lamonte Johnson appeals the district court's order denying his motions for plain error review and for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal for the reasons stated by the district court. United States v. Johnson, Nos. 3:12-cr-00850-CMC-3; 3:16-cv-02226-CMC (D.S.C. Sept. 12 & 30, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED